THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL LEIFER, Appellant.—Judgment of the Supreme Court, Kings County, rendered April 26, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Shapiro, J. P., Cohalan, Margett and Martuscello, JJ., concur.